IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00502-EWN-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    JAY ALLEN FREY,

       Defendant.

## ORDER TO ISSUE WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Jay Allen Frey before Judge Edward W. Nottingham on February 24, 2006, at 2:15 p.m., for a sentencing hearing, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this 22nd day of February, 2006.

                                        s/ Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM
                                        UNITED STATES DISTRICT COURT JUDGE
                                        DISTRICT OF COLORADO