**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 04-cr-00502-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAY ALLEN FREY,
    a/k/a "Jeff Lemley,"
    a/k/a "Jay A. Lemley"
    a/k/a "Aaron Lemley,"
    a/k/a "Aaron Frey"

    Defendant.

---

**ORDER**

---

THIS MATTER coming before the Court upon motion of the government to dismiss the Indictment, and the Court having considered the same,

IT IS HEREBY ORDERED that the Indictment is dismissed this 27th day of February, 2006.

    BY THE COURT:

    s/ Edward W. Nottingham
    Hon. Edward W. Nottingham
    District Court Judge