IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  04-cr-00502-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JAY ALLEN FREY,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A supervised release violation hearing is set for **Monday, November 15, 2010, at 4:00 p.m.**

      Dated:  October 6, 2010